**Madeline Leigh MOSES,
Plaintiff–Appellant,**

v.

**AMERICAN RED CROSS CAROLINAS
REGION BLOOD SERVICES (ARC);
Peggy Huffman; Lashion Darden;
Eric Hinson; Delores Smalls; Joyce
Brendel, Defendants–Appellees.**

No. 13–1842.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 17, 2013.

Decided: Oct. 21, 2013.

Madeline Leigh Moses, Appellant Pro Se. Brian Lee Church, Angelique Regail Vincent, Robinson Bradshaw & Hinson, PA, Charlotte, North Carolina, for Appellees.

Before AGEE, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Madeline Leigh Moses appeals the district court's order dismissing her civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Moses v. Am. Red Cross Carolinas Region Blood Servs.*, No. 7:12–cv–306–BO, 2013 WL 2948155 (E.D.N.C. June 14, 2013). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*